Decided July 9, 1992

NELSECO NAVIGATION COMPANY ET AL. *v.* DEPARTMENT OF LIQUOR CONTROL

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 614, is granted, limited to the following question:

"Does the department of liquor control have jurisdiction to police a private party on premises covered

by a liquor permit, when there was no sale or delivery of alcoholic beverages thereon by the permittee or its agent?"

*Martin Rosenfeld,* assistant attorney general, in support of the petition.

Decided July 9, 1992